**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-61337-KUNTZ/Shaw-Wilder**

**SAMANTHA KING**,

Plaintiff,
v.

**BRANDY NICOLE BERNING**, *et al.*,

Defendants.
_____________________________________________/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on Magistrate Judge Detra Shaw-Wilder's Report and Recommendation ("R&R") [ECF 7], recommending dismissal without prejudice for the plaintiff's failure to comply with previous orders [ECF 4].

The Court has now reviewed the entire file and record, and no objections have been filed against the R&R, despite being due yesterday. Past that deadline, a failure to timely file objections bars parties from a *de novo* determination by the District Judge on an issue covered in the R&R and blocks appealing any unobjected-to factual and legal conclusions. *See generally, e.g.,* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989). Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Shaw-Wilder's R&R is **ADOPTED**. As such, this case is **DISMISSED WITHOUT PREJUDICE**. Further, this case shall be **CLOSED** by the Clerk of Court, and any pending motions,

**DENIED** as moot.

DONE in Fort Lauderdale, Florida on this 9th day of September 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record